UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

RICHARD D. REYNOLDS,

    Plaintiff,

V.                                                        Hon. Phillip J. Green

COMMISSIONER OF SOCIAL SECURITY,        Case No. 1:23-cv-00211

    Defendant.
_____/

## JUDGMENT

As discussed in the Stipulation and Order of Remand entered this day, the Commissioner's decision is **vacated and the matter remanded for further factual findings pursuant to sentence four of 42 U.S.C. § 405(g)**.

IT IS SO ORDERED.

Dated: September 26, 2023                                  /s/ Phillip J. Green
                                                                  PHILLIP J. GREEN
                                                                  U.S. Magistrate Judge