UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

| | |
|---|---|
| RICHARD D. REYNOLDS, | ) |
| Plaintiff, | ) Case No. 1:23-cv-0211-PJG |
| v. | ) Honorable Phillip J. Green |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

**JUDGMENT AWARDING ATTORNEY'S FEES
UNDER THE EQUAL ACCESS TO JUSTICE ACT**

For the reasons set forth in the accompanying Order, the Court hereby enters judgment in plaintiff's favor against defendant in the amount of $5,744.03. (five thousand, seven hundred forty-four dollars and three cents), as full and final adjudication of EAJA fees and expenses in this action.

Dated:  February 8, 2024            /s/ Phillip J. Green
                                    PHILLIP J. GREEN
                                    United States Magistrate Judge